UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN GIBSON,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | Case No. 17-cv-05317-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: November 7, 2017

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN GIBSON,<br><br>      Plaintiff,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>      Defendant. | Case No. 17-cv-05317-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dan Gibson
AK2511
P.O. Box 409060
Mule Creek, CA 95640

Dated: November 7, 2017

                              Susan Y. Soong
                              Clerk, United States District Court


                              By: *Lisa R. Clark*
                              LISA R. CLARK, Deputy Clerk to the
                              Honorable JAMES DONATO